Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC,       ) | **No. 3:12-cv-03251 JSW** |
|         ) | |
|       Plaintiff,    ) | **NOTICE OF VOLUNTARY** |
|     v.         ) | **DISMISSAL OF ACTION WITHOUT** |
|         ) | **PREJUDICE** |
| JOHN DOE,         ) | |
|         ) | |
|       Defendant.    ) | |
|         ) | |
| _____ ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an

answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under Federal Rule

of Civil Procedure 41(a)(1) is therefore appropriate.

*//*

*//*

*//*

*//*

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: October 9, 2012**

By:  _____/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.


/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.

3

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJICE          No. C-12-03251 JSW